DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OCEAN CHIROPRACTIC AND HEALTH CENTER OF VERO BEACH**
a/a/o **TODD HEALY**,
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D22-65

[November 3, 2022]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Gonzalez-Levine, Judge; L.T. Case No. COWE21014091.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Walwin L. Taylor of Mimi L. Smith & Associates, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***